```
 1  Guy L. Watts II, TX SBN. 24005316
    WATTS LAW FIRM LLP
 2  Bank of America Plaza, Suite 100
 3  300 Convent Street
    San Antonio, TX 78205-3705
 4  Telephone: 210/527-0500
 5  Facsimile: 210/527-0501

 6
    ELISE R. SANGUINETTI, SBN 191389
 7  HINTON, ALFERT & SUMNER, L.L.C.
 8  1646 N. California Blvd., Suite 600
    Walnut Creek, CA. 94596
 9  Telephone: 925/932-6006
10  Facsimile: 925/932-3412

11
    Attorneys for Plaintiffs
12
```

**FILED**
AUG 2 5 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LOURDES RUELAS ALDABA, ENRIQUE RUELAS ALDABA, ALVARO RUELAS ALDABA, CESAR RUELAS ALDABA, a minor, by Rutilio Ruelas Aldaba, his guardian ad litem; RUTILIO RUELAS ALDABA, MARIA MARTA RUELAS ALDABA, MARIA DE JESUS Heirs of JOSE MARIA RUELAS JUAREZ and TERESA ALDABA ARROYO, DECEASED; EFRAIN FRIDE MONTES, JOSE WILLIAMS FRIDE RUELAS, a minor, by Efrain Fride Montes, his guardian ad litem, and JONATHAN FRIDE RUELAS, a minor by, by Efrain Fride Montes, his guardian ad litem, as Surviving Heirs of MARIA INES RUELAS ALDABA, | Case No.: C 04 5369<br><br>STIPULATION AND ORDER TO CONTINUE THE HEARING DATE ON DEFENDANTS' FORD MOTOR COMPANY AND MICHELIN NORTH AMERICA, INC.'S JOINT MOTION TO DISMISS FOR FORUM NON-CONVENIENS<br><br>Current date: September 12, 2005<br>           2:00 p.m.<br><br>New Date: November 7, 2005<br>           2:00 p.m. |

1

STIPULATION TO CONTINUE HEARING DATE ON FORUM NON-CONVENIENS

| | |
|---|---|
| 1 | DECEASED; EFRAIN FRIDE |
| 2 | MONTES as Surviving Heir of FATIMA IRIS RUELAS, DECEASED; |
| 3 | JOSE RUELAS BRIONES, a minor, by |
| 4 | Rutilio Ruelas Aldaba, his guardian ad litem; ANASTACIO RUELAS |
| 5 | BRIONES, a minor, by Rutilio Ruelas |
| 6 | Aldaba, his guardian ad litem, and RUTILIO RUELAS ALDABA, |
| 7 | Individually and as Surviving Heirs of |
| 8 | ANGELICA BRIONES SALAZAR, |
| 9 | Plaintiff, |
| 10 | vs. |
| 11 | FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC., |
| 12 | and DOES 1-100, inclusive, |
| 13 | Defendant |

Pursuant to Local Rule 7-11, the parties to the above-entitled action hereby stipulate as follows:

1. Defendant Ford Motor Company and Michelin North America, Inc. 's Joint Motion to Dismiss for Forum Non-Conveniens is currently set for hearing on September 12, 2005.

2. Defendant Michelin North America, Inc. has settled.

3. Counsel for all parties have agreed to continue the hearing date on the Motion to November 2, 2005.

4. Pursuant to Local Rules 7-9, 7-10 and 7-11, Plaintiffs shall file and serve their opposition papers no later than fourteen (14) [21] days before the new hearing date, and defendant shall file and serve its reply papers, if any, no later than seven (7) days before the new hearing date.

14

2

| | | |
|---|---|---|
| 1 | Dated: August 22, 2005 | Watts Law Firm, L.L.P. |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Guy L. Watts II |
| 5 | | Attorney for Plaintiffs |
| 6 | | |
| 7 | Dated: August 22, 2005 | Hinton, Alfert & Sumner, LLC |
| 8 | | |
| 9 | | By: _____ |
| 10 | | Elise Rochelle Sanguinetti |
| 11 | | Attorney for Plaintiffs |
| 12 | Dated: August 22, 2005 | Shook, Hardy & Bacon |
| 13 | | |
| 14 | | By: _____ |
| 15 | | Frank Kelly |
| 16 | | Grant Law |
| 17 | | Randall Haimovivi |
|    | | Attorneys for Defendant, Ford Motor Company |

3

STIPULATION TO CONTINUE HEARING DATE ON FORUM NON-CONVENIENS

# ORDER

Based on the foregoing stipulation, and for good cause shown, IT IS HEREBY ORDERED that the hearing date on Defendant Ford Motor Company and Michelin North America, Inc. 's Joint Motion to Dismiss for Forum Non-Conveniens is hereby continued to November 1, 2005 at 2:00 p.m.

21. Plaintiffs shall file and serve their opposition papers no later than fourteen (14) days preceding the new hearing date, and defendant shall file and serve its reply papers, if any, no later than seven (7) preceding the hearing date.

_____
Marilyn H. Patel
Judge of the U.S. District Court