```
                                                    FILED
                                                    OCT 17 2005
                                                    RICHARD W. WIEKING
                                                    CLERK, U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA
```

1  Guy L. Watts II, TX SBN. 24005316
2  **WATTS LAW FIRM LLP**
   Bank of America Plaza, Suite 100
3  300 Convent Street
4  San Antonio, TX 78205-3705
   Telephone: 210/527-0500
5  Facsimile: 210/527-0501

6
7  ELISE R. SANGUINETTI, SBN 191389
   **HINTON, ALFERT & SUMNER, L.L.C.**
8  1646 N. California Blvd., Suite 600
9  Walnut Creek, CA. 94596
   Telephone: 925/932-6006
10 Facsimile: 925/932-3412

11
12 Attorneys for Plaintiffs

13              UNITED STATES DISTRICT COURT
14            NORTHERN DISTRICT OF CALIFORNIA

15 | MARIA DE LOURDES RUELAS           ) Case No.: C 04 5369
16 | ALDABA, ENRIQUE RUELAS            )
   | ALDABA, ALVARO RUELAS             )
17 | ALDABA, CESAR RUELAS              ) STIPULATION AND ORDER TO SET
   | ALDABA, a minor, by Rutilio Ruelas) HEARING DATE ON PLAINTIFFS'
18 | Aldaba, his guardian ad litem;    ) PETITION TO APPROVE MINOR'S
19 | RUTILIO RUELAS ALDABA,            ) COMPROMISE
20 | MARIA MARTA RUELAS ALDABA,        )
   | MARIA DE JESUS Heirs of JOSE      )
21 | MARIA RUELAS JUAREZ and           )
22 | TERESA ALDABA ARROYO,             ) Hearing Date: November 9, 2005
   | DECEASED; EFRAIN FRIDE            )              10:00 a.m.
23 | MONTES, JOSE WILLIAMS FRIDE       )
24 | RUELAS, a minor, by Efrain Fride  )
25 | Montes, his guardian ad litem, and)
   | JONATHAN FRIDE RUELAS, a          )
26 | minor by, by Efrain Fride Montes, his )
27 | guardian ad litem, as Surviving Heirs of )
28 | MARIA INES RUELAS ALDABA,         )
   | DECEASED; EFRAIN FRIDE            )

                                     1

...

| | |
|---|---|
| 1  MONTES as Surviving Heir of | ) |
| 2  FATIMA IRIS RUELAS, DECEASED; | ) |
|    JOSE RUELAS BRIONES, a minor, by | ) |
| 3  Rutilio Ruelas Aldaba, his guardian ad | ) |
| 4  litem; ANASTACIO RUELAS | ) |
|    BRIONES, a minor, by Rutilio Ruelas | ) |
| 5  Aldaba, his guardian ad litem, and | ) |
| 6  RUTILIO RUELAS ALDABA, | ) |
|    Individually and as Surviving Heirs of | ) |
| 7  ANGELICA BRIONES SALAZAR, | ) |
| 8           Plaintiff, | ) |
| 9      vs. | ) |
| 10 FORD MOTOR COMPANY, | ) |
| 11 MICHELIN NORTH AMERICA, INC., | ) |
|    and DOES 1-100, inclusive, | ) |
| 12          Defendant | ) |
| 13 | ) |

Pursuant to Local Rule 7-11, the parties to the above-entitled action hereby stipulate as follows:

1. Defendant Michelin North America, Inc. has settled.

2. Counsel for Plaintiffs is ready to have the Court hear the Petition to Approve Minor's Compromise.

3. Counsel for Defendants has no opposition to the Petition to Approve Minor's Compromise.

4. Counsel for Defendants will not be filing any responsive pleadings to the Petition to Approve Minor's Compromise.

Dated: October 13, 2005           Watts Law Firm, L.L.P.

                                  By: _____
                                      Guy L. Watts II
                                      Attorney for Plaintiffs

## ORDER

Based on the foregoing stipulation, and for good cause shown, IT IS HEREBY ORDERED that the hearing date on Plaintiffs' Petition to Approve Minor's Compromise is hereby set for November 9, 2005 at 10:00 a.m.

_____
Marilyn H. Patel
Judge of the U.S. District Court