1  H. Grant Law, Esq. (SBN 144505)
   Randall D. Haimovici. Esq. (SBN 213635)
2  SHOOK, HARDY & BACON L.L.P.
3  333 Bush Street, Suite 600
   San Francisco, California 94104-2828
4  Telephone:   415.544.1900
   Facsimile:   415.391.0281
5
   Attorneys for Defendant
6  FORD MOTOR COMPANY

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA DE LOURDES RUELAS ALDABA, ENRIQUE RUELAS ALDABA, ALVARO RUELAS ALDABA, CESAR RUELAS ALDABA, a minor, by Rutilio Ruelas Aldaba, his guardian ad litem; RUTILIO RUELAS ALDABA, MARIA MARTA RUELAS ALDABA, MARIA DE JESUS Heirs of JOSE MARIA RUELAS JUAREZ and TERESA ALDABA ARROYO, DECEASED; EFRAIN FRIDE MONTES, JOSE WILLIAMS FRIDE RUELAS, a minor, by Efrain Fride Montes, his guardian ad litem, and JONATHAN FRIDE RUELAS, a minor by, by Efrain Fride Montes, his guardian ad litem, as Surviving Heirs of MARIA INES RUELAS ALDABA, DECEASED; EFRAIN FRIDE MONTES as Surviving Heir of FATIMA IRIS RUELAS, DECEASED; JOSE RUELAS BRIONES, a minor, by Rutilio Ruelas Aldaba, his guardian ad litem; ANSATACIO RUELAS BRIONES, a minor, by Rutilio Ruelas Aldaba, his guardian ad litem, and RUTILIO RUELAS ALDABA, Individually and as Surviving Heirs of ANGELICA BRIONES SALAZAR,<br><br>       Plaintiffs,<br>   vs.<br><br>FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC., and DOES 1-100, inclusive,<br><br>       Defendants. | Case No. C 04 5369 MHP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER DISMISSING MATTER WITH PREJUDICE<br><br>Judge:   Marilyn Hall Patel |

125305V2

1  Plaintiffs MARIA DE LOURDES RUELAS ALDABA, ENRIQUE RUELAS ALDABA,
2  ALVARO RUELAS ALDABA, CESAR RUELAS ALDABA, a minor, by Rutilio Ruelas Aldaba,
3  his guardian ad litem; RUTILIO RUELAS ALDABA, MARIA MARTA RUELAS ALDABA,
4  MARIA DE JESUS Heirs of JOSE MARIA RUELAS JUAREZ and TERESA ALDABA
5  
6  ARROYO, DECEASED; EFRAIN FRIDE MONTES, JOSE WILLIAMS FRIDE RUELAS, a
7  minor, by Efrain Fride Montes, his guardian ad litem, and JONATHAN FRIDE RUELAS, a minor
8  by, by Efrain Fride Montes, his guardian ad litem, as Surviving Heirs of MARIA INES RUELAS
9  ALDABA, DECEASED; EFRAIN FRIDE MONTES as Surviving Heir of FATIMA IRIS
10 RUELAS, DECEASED; JOSE RUELAS BRIONES, a minor, by Rutilio Ruelas Aldaba, his
11 guardian ad litem; ANSATACIO RUELAS BRIONES, a minor, by Rutilio Ruelas Aldaba, his
12 guardian ad litem, and RUTILIO RUELAS ALDABA, Individually and as Surviving Heirs of
13 
14 ANGELICA BRIONES SALAZAR and defendants FORD MOTOR COMPANY and MICHELIN
15 NORTH AMERICA, INC., by and through their respective attorneys of record, hereby agree and
16 stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that this Court may
17 dismiss this matter WITH PREJUDICE, all parties bearing their own attorneys' fees and costs.

IT IS SO STIPULATED:

DATED:   July 20, 2007       SHOOK HARDY & BACON, L.L.P.

By: _____
H. GRANT LAW
RANDALL D. HAIMOVICI
Attorneys for Defendant
Ford Motor Company

2

STIPULATION FOR DISMISSAL WITH PREJUDICE AND
[PROPOSED] ORDER DISMISSING MATTER WITH PREJUDICE

CASE NO. C 04 5369 MHP

125305V2

| | | |
|---|---|---|
| 1 | DATED: _____ | YUKEVICH CALFO & CAVANAUGH |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Cristina M. Ciminelli, Esq. |
| | | 601 S. Figueroa Street |
| 5 | | 38th Floor |
| | | Los Angeles, CA 90017 |
| 6 | | Attorney for Michelin North America, Inc. |
| 7 | | |
| 8 | DATED: 7/31/07 | GUY WATTS LAW FIRM |
| 9 | | |
| 10 | | By: _____ |
| 11 | | Guy L. Watts, Esq. |
| | | Bank of America Plaza, Suite 100 |
| 12 | | 300 Convent Street |
| | | San Antonio, TX 78205 |
| 13 | | Attorney for Plaintiffs |
| 14 | | |
| 15 | DATED: _____ | HINTON, ALFERT & SUMNER, L.L.C. |
| 16 | | |
| 17 | | By: _____ |
| | | Elise R. Sanguinetti, Esq. |
| 18 | | 1646 N. California Boulevard, Suite 600 |
| | | Walnut Creek, CA 94596 |
| 19 | | Attorney for Plaintiffs |

3

STIPULATION FOR DISMISSAL WITH PREJUDICE AND
[PROPOSED] ORDER DISMISSING MATTER WITH PREJUDICE

CASE NO. C 04 5369 MHP

125305V2

DATED: July 23, 2007    YUKEVICH CALFO & CAVANAUGH

By: [signature] Cristina M. Ciminelli
Cristina M. Ciminelli, Esq.
601 S. Figueroa Street
38th Floor
Los Angeles, CA 90017
Attorney for Michelin North America, Inc.

DATED: _____    GUY WATTS LAW FIRM

By: _____
Guy L. Watts, Esq.
Bank of America Plaza, Suite 100
300 Convent Street
San Antonio, TX 78205
Attorney for Plaintiffs

DATED: _____    HINTON, ALFERT & SUMNER, L.L.C.

By: _____
Elise R. Sanguinetti, Esq.
1646 N. California Boulevard, Suite 600
Walnut Creek, CA 94596
Attorney for Plaintiffs

3

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER DISMISSING MATTER WITH PREJUDICE

CASE NO. C 04 5369 MHP

125305V2

DATED: _____  YUKEVICH CALFO & CAVANAUGH

By: _____
Cristina M. Ciminelli, Esq.
601 S. Figueroa Street
38th Floor
Los Angeles, CA 90017
Attorney for Michelin North America, Inc.

DATED: _____  GUY WATTS LAW FIRM

By: _____
Guy L. Watts, Esq.
Bank of America Plaza, Suite 100
300 Convent Street
San Antonio, TX 78205
Attorney for Plaintiffs

DATED: 7/25/07  HINTON, ALFERT & SUMNER, L.L.C.

By: *Elise R. Sanguinetti* (signature)
Elise R. Sanguinetti, Esq.
1646 N. California Boulevard, Suite 600
Walnut Creek, CA 94596
Attorney for Plaintiffs

1  [PROPOSED] ORDER DISMISSING MATTER WITH PREJUDICE

2  Pursuant to the foregoing Stipulation, and good cause appearing therefore, this matter is HEREBY

3  DISMISSED WITH PREJUDICE, all parties to bear their own attorneys' fees and costs.

4  IT IS SO ORDERED:

5

6  DATED:     August 2    , 2007



Judge Marilyn H. Patel

125305V2

4

STIPULATION FOR DISMISSAL WITH PREJUDICE AND
[PROPOSED] ORDER DISMISSING MATTER WITH PREJUDICE
CASE NO. C 04 5369 MHP